## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                               **GREENBELT, MARYLAND   20770**
                                                                                                      **301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:    Judge Roger W. Titus

RE:        *Calvin Flemmings v. Credit Management, LP d/b/a The CMI Group*
                Civil Action No. RWT-09-2446

DATE:    November 12, 2009

\* \* \* \* \* \* \* \* \*

On November 5, 2009, Plaintiff filed a Notice of Withdrawal of Complaint and Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) [Paper No. 4]. Defendant has not yet served an answer or motion for summary judgment. Accordingly, the action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Clerk is directed to close the case.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                            /s/
                                                             Roger W. Titus
                                                 United States District Judge